IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DONNALE C. CLAY,<br><br>　　　　　　　Defendant. | 8:22CR140<br><br>ORDER |

　　　This matter is before the court on Defendant's oral motion to proceed pro se. Defendant appeared before the court on June 20, 2023, for a hearing on Defense Counsel's Motion to Withdraw (Filing No. 54). After hearing argument from Defendant, and Richard F. McWilliams, the Court determined that the Motion to Withdraw (Filing No. 54) should be denied. The defendant asserted that he would not communicate with Mr. McWilliams, and subsequently asked to proceed pro se. Following a cautionary instruction from the undersigned magistrate judge, the court found Defendant knowingly and voluntarily waived his right to counsel and requested to represent himself for the balance of the proceedings. The Federal Public Defender for the District of Nebraska will be appointed as standby counsel to assist the defendant for the balance of the proceedings.

　　　**IT IS ORDERED:**

　　　1.　The Federal Public Defender for the District of Nebraska is appointed as standby counsel for the defendant for the balance of these proceedings.

　　　2.　The Clerk shall notate the docket that Defendant is proceeding pro se.

　　　Dated this 20th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge