IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONNALE C. CLAY,<br><br>Defendant. | 8:22-CR-140<br><br>ORDER ON GOVERNMENT'S MOTION FOR A FORMAL FARETTA HEARING |

This matter is before the Court on the Government's Motion for Formal *Faretta* Hearing Regarding Defendant's Request to Represent Himself. Filing 60. The Motion requests that the Court hold a hearing to determine if Defendant knowingly and intelligently waives his right to counsel in this case. The Court grants the Motion and shall schedule a hearing on July 24, 2023, at 9:30 a.m. to determine if Defendant knowingly and intelligently waives his right to counsel. The Court will also take up Defendant's request for a continuance, Filing 62, at that time. Accordingly,

IT IS ORDERED:

1. The Government's Motion for a Formal *Faretta* Hearing, Filing 60, is granted;

2. A hearing is scheduled on July 24, 2023, at 9:30 a.m., before Judge Brian C. Buescher in Courtroom 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; and

3. The Clerk of Court is directed to provide a copy of this order to the U.S. Marshal's to ensure Defendant's presence at the hearing.

Dated this 7th day of July, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge