IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br><br>    vs.<br><br><br>DONNALE C. CLAY,<br><br>        Defendant. | **8:22-CR-140**<br><br><br><br>**ORDER** |

The Eighth Circuit Court of Appeals vacated the defendant's fine and remanded the issue of a fine to this Court for redetermination. Filing 152; Filing 153. The Court will therefore hold a hearing to redetermine the fine in this case. The Court will order the United States Marshals Service to transport the defendant to Omaha, Nebraska. Once the defendant has been returned to this district, the Court will schedule the hearing in this matter. Accordingly,

IT IS ORDERED:

1. The United States Marshals Service shall transport defendant Donnale C. Clay from FCI Terra Haute to Omaha, Nebraska, for further proceedings.

2. Upon arrival in the District of Nebraska, the United States Marshals Service shall immediately notify the United States Attorney, the defendant's counsel, and the Clerk of Court for the District of Nebraska of the defendant's arrival.

3. The Court will set a hearing in this matter upon the defendant's arrival in the District of Nebraska.

Dated this 11th day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge